UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jenna Carew

      Plaintiff

v.                                                Civil Action No. 1:21-10860-AK

Massachusetts Port Authority

      Defendant

### ORDER OF REMAND TO STATE COURT

December 2, 2022

A. KELLEY, D.J.

In accordance with the Court's Order [Dkt. # 44] issued on December 2, 2022, it is ORDERED that the above-entitled action be, and hereby is, REMANDED to the Suffolk County Superior Court.

By the court,

/s/ Arnold Pacho
Deputy Clerk